**Appeal Dismissed and Memorandum Opinion filed May 7, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-01000-CV

**GUARDIAN TRANSFER AND STORAGE, INC. AND STUART C. STAUFFACHER, Appellants**

**V.**

**ERIC BEHRNDT, INDIVIDUALLY AND D/B/A EZ MANAGEMENT GP, LLC; EZ MANAGEMENT GP, LLC; AND BEHR CONSTRUCTION, INC., Appellees**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2011-22262**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 7, 2019. The clerk's record was filed January 6, 2020. No reporter's record was filed. No brief was filed.

On March 26, 2020, this court issued an order stating that unless appellants filed a brief on or before April 27, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.